UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALEXIS TORRES,

Defendant.

03-CR-384 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at yesterday's conference, held telephonically, the Court **ORDERS** the defendant, Alexis Torres, to self-surrender to the MCC by 12:00 p.m. on June 5, 2020. The Court schedules a next conference in this matter for **August 11, 2020** at **10:30 a.m.**

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 2, 2020
     New York, New York