

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 5, 2020

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *United States v. Alexis Torres*, No. 03 Cr. 384 (PAE)

Dear Judge Engelmayer:

    On Monday, June 1, 2020, this Court ordered defendant Alexis Torres detained pending resolution of the instant violation of supervised release proceedings and ordered him to surrender to Metropolitan Correction Center New York ("MCC") by 12:00 p.m. today, June 5, 2020.

    At approximately 1:30 p.m. today, the undersigned was advised by the MCC and the United States Marshals Service that the defendant has not surrender as ordered.  As of this filing at 3:00 p.m., the undersigned has still not received notification that the defendant has surrendered. Accordingly, the Government respectfully requests that this Court issue a bench warrant for the defendant's arrest.  The Government will submit a proposed warrant to the Court forthwith via separate means.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Jacob R. Fiddelman
Assistant United States Attorney
(212) 637-1024

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 30.

6/9/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

cc:    Robert M. Baum, Esq. (by email)
       U.S. Probation Officer Stephanie Zhang (by email)