UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **ORDER** |
|---|---|
| v. | 03-CR-384 (PAE) |
| ALEXIS TORRES, | |
| Defendant. | |

The Court has been notified that fugitive defendant Alexis Torres was arrested by the New York City Police Department on or about January 29, 2021 on a New York state court bench warrant and is currently in state custody under the name "Luis Mojica" with the federal bench warrant issued by this Court functioning as a detainer. The defendant has requested that this Court vacate its bench warrant and reinstate the Court's prior detention order in this case, and the Government does not oppose the defendant's request.

Accordingly, IT IS HEREBY ORDERED that: (1) the bench warrant issued by this Court on June 10, 2020 is vacated; (2) the Court's prior detention order of June 2, 2020 is reinstated, and the defendant is ordered detained pending resolution of this violation proceeding; and (3) the United States Marshals Service is directed to ensure, through the filing of a detainer or such other mechanism as it sees fit, that the defendant is transferred to federal custody upon the conclusion of the defendant's state custody in lieu of release. This violation proceeding remains adjourned *sine die*, and the parties are directed to promptly notify the Court upon the defendant's completion of state custody and transfer to federal custody so that a status conference before this Court can be scheduled.

SO ORDERED.

Dated: New York, New York
February 10, 2021

_____
HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE