UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- :     03-CR-384 (PAE)
:
ALEXIS TORRES, :     <u>SCHEDULING ORDER</u>
:
    Defendant. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court schedules a violation of supervised release hearing in this case for **August 5, 2021** at **12:00 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated:  July 28, 2021
          New York, New York