UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :     03-CR-384 (PAE)
                                                                        :
ALEXIS TORRES,                                                          :     SCHEDULING ORDER
                                                                        :
            Defendant.                                                  :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules sentencing in this case for **August 31, 2021** at **2:00 p.m.** in **Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888-363-4749 and use access code 468-4906.

        SO ORDERED.

                                                        _____
                                                              PAUL A. ENGELMAYER
Dated:  August 25, 2021                                     United States District Judge
        New York, New York